IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Darrell Sumlin #127092
_____
Full name and prison number
of plaintiff(s)

v.

Doctor DeJerlyn-Copeland
_____

_____

_____

_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:14CV640-WKW
(To be supplied by the clerk
of U.S. District Court)

RECEIVED 2014 JUN 30 P 12:21 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal
          court dealing with the same or similar facts involved
          in this action?   YES( )   NO(✓)

     B.   Have you begun other lawsuits in state or federal
          court relating to your imprisonment?   YES( )   NO(✓)

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below. (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s) _____

               _____

               Defendant(s) _____

               _____

          2.   Court (if federal court, name the district; if
               state court, name the county) _____

               _____

4

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition(for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT W.E. Donaldson, C.F., 100, WARRIOR LANE, Bess, AL 35023

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED STATON, C.F. P.O. Box, 56 Elmore, Al 36025

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS

1. DR, DeJerlyn, Copeland     STATON, C.F. P.O. Box 56 Elmore, Al 36025

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 7/5/2012

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: She the Doctor fail to inquire into essential facts that were necessary to make a professional judgement

5

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

by NOT EXAMINING ME herself the whole Time that i was AT STATON, C.F. Hospital, by NOT doing So cause ME to be partiallty paralyze on my left side of my body For the rest of my life!

GROUND TWO: "made a statement" that Showed that She had an indifferent and hostile attitude toward me and my Serious medical needs,

SUPPORTING FACTS: When i told the nurse that my teacher said That i was haveing a mini stroke, She-The-DR stated! you and your Teacher, Don't Know whats wrong with you! and you don't Know if you need to go to A hospital or not im the Doctor and i make That call not your Teacher

GROUND THREE: Delayed And denial of access to medical ATTention

SUPPORTING FACTS: this Doctor was repeatedly told that i had numbness on the left side of my body, and still didn't come and examine me She Deny me medical attention, and by putting me in a waiting cell and not Sending me to a free wokld hospital, She deprive me of Access to medication that if give in time would have STOP a Stroke

6

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want Dr. Copeland to pay me Damages

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 6/17/2014
(Date)

_____
Signature of plaintiff(s)

DARRELL Sumlin #127092
O-30
100 WARRIOR, LN
BESS, AL 35026


Birmingham, AL PBDC 352
THU 26 JUN 2014   PM

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated; and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

UNITED STATES
DistricT CourT
MiDDLE DisTricT
P.O. Box 711
MonT, AL 36101

LEGAL ONLY